IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL ASMEROM,

       Plaintiff,

v.                                                                   No. 1:23-cv-00923-MV-JMR

ARIOSO LIMITED PARTNERSHIP,
d/b/a ARIOSO APARTMENTS,
I.Q. DATA INTERNATIONAL, INC.,
PACIFICAP MANAGEMENT, INC.,
PACIFICAP HOLDINGS XXVI LLC, and
PAC 7303 MONTGOMERY, LP
       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on Plaintiff and Defendants I.Q. Data International, Inc. and PAC 7303 Montgomery, LP's Joint Motion to Dismiss [Doc. 95]. The Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that all claims against Defendants I.Q. Data International, Inc. and PAC 7303 Montgomery, LP are dismissed from this matter with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

_____
MARTHA VAZQUEZ
Senior United States District Judge